**Order entered September 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00627-CV

**CHRISAVIA SHEARS, Appellant**

**V.**

**MARQUENTINE WASHINGTON, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23320**

## ORDER

The reporter's record in this appeal is overdue. Because appellant filed an affidavit of indigency that was not contested, she is allowed to proceed without prepayment of costs. *See* TEX. R. APP. P. 20.1(f). Accordingly, we **ORDER** Donna Kindle, Official Court Reporter of the 303rd Judicial District Court, to file, no later than October 8, 2015, (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification appellant has not requested the record. We caution appellant that if we receive verification that she has not requested the record we will, without further notice, submit the appeal without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    CRAIG STODDART
        JUSTICE